**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **DONNETT H.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FRANK BISIGNANO,**<br>**Commissioner of Social Security,**<br><br>**Defendant.** | **ORDER**<br><br>**Case No. 1:26-cv-00018-JCB**<br><br>**Magistrate Judge Jared C. Bennett** |

Under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties have consented to Judge Jared C. Bennett conducting all proceedings in this case, including entry of final judgment.[1] Before the court are: (1) Commissioner of Social Security Frank Bisignano's ("Commissioner") unopposed motion to remand under sentence four of 42 U.S.C. § 405(g);[2] and (2) Plaintiff Donnett H.'s ("Plaintiff") motion for review of agency action.[3]

Pursuant to the power of the court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's unopposed request for remand of this case for further administrative proceedings, the court GRANTS the Commissioner's unopposed

[1] ECF No. 5.

[2] ECF No. 16.

[3] ECF No. 12.

motion to remand.[4] Therefore, under sentence four of 42 U.S.C. § 405(g), the court REVERSES the Commissioner's decision and REMANDS this case to the Commissioner for further administrative proceedings.[5] Accordingly, Plaintiff's motion for review of agency action[6] is MOOT.

IT IS SO ORDERED.

DATED this 16th day of September 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

[4] ECF No. 16.

[5] The court will enter a separate judgment under Fed. R. Civ. P. 58. *Shalala v. Schaefer*, 509 U.S. 292, 296-97 (1993).

[6] ECF No. 12.